# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DE LA ROSA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:24-cv-00129-SB-JPR<br><br>FINAL JUDGMENT |

    For the reasons set forth in the accompanying Order Accepting Findings and Recommendations of U.S. Magistrate Judge, judgment is entered in Plaintiff's favor and this case is remanded for further proceedings.

Date: November 27, 2024

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge