John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DE LA ROSA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 5:24-cv-00129-JPR<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND ONE HUNDRED DOLLARS AND NO CENTS ($6,100.00) pursuant to 28 U.S.C. § 2412(d) and FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00) in costs pursuant to 28 U.S.C. § 1920.

DATE: 2/27/2025

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE